EDMUND F. DE WITT, Respondent, v. EDWARD ABRAHAM, Appellant, and Others, Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Date of examination to be fixed in order. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GERSTENDORFER BROTHERS, Respondent, v. HENRY L. CALMAN, Appellant.— Order affirmed, with ten dollars costs and disbursements; date of examination to be fixed in order. No opinion. Order to be settled on notice. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Application of KATHRYN A. MCLAUGHLIN, Judgment Creditor, Respondent, to Examine SYLVESTER MCLAUGHLIN, Judgment Debtor, Appellant, in Proceedings Supplementary to Execution.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

JULIUS CHESZNIK, as Administrator, etc., Respondent, v. ROSINA KRAMER and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

In the Matter of the Estate of THOMAS PETER DINNEAN, Deceased THOMAS P. DINNEAN, as Administrator, etc., Appellant; ELIZABETH C. FOY DINNEAN, Respondent.— Order affirmed, without costs. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

SAMUEL BORCHARDT, Respondent, v. CHARLES D. NORTON COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.; Smith, J., dissented. ,

MORRIS STERN, Respondent, v. FERDINAND DESCOURS and Others, Copartners, etc., Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present— Clarke, P. J., Scott, Smith, Page and Davis, JJ.

FRANCES M. COREY v. PAUL J. FORTIN.— Motion denied, with ten dollars costs, on the ground that no notice of entry on the order appealed from was served, and that the time within which an appeal could be taken, viz., thirty days, had not expired. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.

GERTRUDE SCHNITZER v. HARRY SCHNITZER.—Motion granted, with ten dollars costs. Present — Clarke, P. J., Scott, Smith, Page and Davis, JJ.